11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Stith Reece Edmondson

Appellant

Vs.       Nos. 11-02-00358-CV & 11-02-00359-CV B Appeals from Palo Pinto County

State of Texas

Appellee

 

Appellant filed notices of appeal but failed to pay
the required filing fees.  On January
16, 2003, this court ordered appellant to pay both $125 filing fees on or
before February 6, 2003, and informed appellant that failure to do so could
result in the dismissal of the appeal. 
Appellant has responded by filing motions that do not comply with the
requirements of TEX.R.APP.P. 20.1.  The
motions are overruled.

The appeals are dismissed.  TEX.R.APP.P. 42.3(c).

 

PER CURIAM

 

February 20, 2003

Panel
consists of: Arnot, C.J., and

Wright,
J., and McCall, J.